# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 16, 2020

**Before**

JOEL M. FLAUM, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 19-3158

| | | |
|---|---|---|
| JOHN MYERS, | | Appeal from the United States District |
| | *Petitioner-Appellee,* | Court for the Southern District of |
| v. | | Indiana, Indianapolis Division. |
| | | |
| RON NEAL, | | No. 1:16-cv-2023 |
| | *Respondent-Appellant.* | James R. Sweeney, II, |
| | | *Judge.* |

**O R D E R**

Petitioner-appellee filed a petition for rehearing and rehearing *en banc* on September 1, 2020. No judge in regular active service has requested a vote on the petition for rehearing *en banc* and all members of the original panel have voted to deny rehearing and to issue an amended opinion. The court's opinion dated August 4, 2020 is amended by the attached opinion, which includes changes on pages 30 and 31.

Accordingly, IT IS ORDERED that the petition for rehearing and rehearing *en banc* is therefore DENIED.